# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| NH 70 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F 5150055 | D. QUINN | 2383 |

F 5150055

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 9/5/20  2145 | 36 CFR 261.52(f) |

**Place of Offense**
BASE RD. / RIVER

**Offense Description**
FIRE IN FOREST PROTECTION AREA

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GRAY | JAMES | M |

Street Address: [REDACTED]

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| +37000 | MA | 01 | CHEV | PU | TAN |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 180.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy          FS-5300-4 (2/2016)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See Attached

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/05/20
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge